# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHAD MEADOW, JOHN and SUSAN PLISKO and KENNETH McLAUGHLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NIBCO, INC.,<br><br>Defendant. | Case No. 3:15-cv-1124<br><br>Judge Chip Campbell<br><br>Magistrate Judge Barbara D. Holmes |

## JOINT STATUS UPDATE

The parties jointly submit this status report following their continued private mediation before the Honorable Wayne R. Andersen (Ret.) at JAMS in Chicago, Illinois. *See* Doc. No. 132.

The parties convened with Judge Andersen on January 29 and 30, 2018, as agreed. Representatives of 18 insurance companies for defendant were present as well. The parties engaged in intensive discussions with and through Judge Andersen, and the judge interacted separately with the group of insurers and defendant's insurance coverage counsel. Ultimately, the insurers agreed to mediate among themselves with Judge Andersen and Ross R. Hart, Esq., a mediator who is a recognized expert in insurance coverage issues, on February 23, 2018. The parties also agreed to continue their current mediation, with the expected participation of the insurers, on March 5 and 6, 2018. Judge Andersen advised the participants that, in his view, these further mediations will allow the parties to move closer to resolution of this case.

Accordingly, the parties jointly request that the Court maintain the status quo and allow the mediation process to continue to unfold. The parties will promptly advise the Court about

the results of the continued mediation.  The parties remain available for the scheduled February 23, 2018 Telephonic Status Conference.

Respectfully submitted,

| | |
|---|---|
| */s/ John L. Farringer IV* | */s/ Lawrence Deutsch w/p JLF* |
| John L. Farringer IV (No. 22783) | Shannon J. Carson |
| Andrea Sinclair (No. 33544) | Lawrence Deutsch |
| SHERRARD ROE VOIGT HARBISON, PLC | Jacob M. Polakoff |
| 150 3rd Avenue South, Suite 1100 | BERGER & MONTAGUE, P.C. |
| Nashville, Tennessee 37201 | 1622 Locust Street |
| (615) 742-4200 | Philadelphia, PA  19103 |
| jfarringer@srvhlaw.com | scarson@bm.net |
| asinclair@srvhlaw.com | ldeutsch@bm.net |

Jean Paul Bradshaw II (admitted *pro hac vice*)    *Attorneys for Plaintiffs*
J.A. Felton (admitted *pro hac vice*)
Kevin Kuhlman
LATHROP & GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri  64108
(816) 292-2000
jpbradshaw@lathropgage.com
jfelton@lathropgage.com
kkuhlman@lathropgage.com

J. Gordon Cooney, Jr. (admitted *pro hac vice*)
Franco A. Corrado (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103-2921
(215) 963-5000
gordon.cooney@morganlewis.com
franco.corrado@morganlewis.com

*Attorneys for NIBCO INC.*

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System this 12th day of February, 2018, upon the following:

Gregory F. Coleman (No. 014092)
GREG COLEMAN LAW PC
First Tennessee Bank
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
greg@gregcolemanlaw.com

Michael McShane
Jonas P. Mann
Audet & Partners, LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102
mmcshane@audetlaw.com
jmann@audetlaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
charles@cuneolaw.com

Charles E. Schaffer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cshaffer@lfsblaw.com

Shanon J. Carson
Lawrence Deutsch
Jacob M. Polakoff
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
scarson@bm.net
ldeutsch@bm.net
jpolakoff@bm.net

Michael Flannery
CUNEO GILBERT & LADUCA, LLP
300 North Tucker Boulevard
No. 801
St. Louis, MO 63101
mflannery@cuneolaw.com

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
rkshelquist@locklaw.com

*/s/ John L. Farringer IV*