IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHAD MEADOW, et al | ) | |
| | ) | |
| v. | ) | NO. 3:15-1124 |
| | ) | Campbell/Holmes |
| NIBCO, INC. | ) | |

**O R D E R**

    A telephonic status conference was held on May 3, 2018. Counsel participating were: Lawrence Deutsch and Jacob Polakoff for Plaintiffs and Franco Corrado and Kevin Kuhlman for Defendant. Counsel reported that the parties have made progress toward a global settlement, which would include resolution of this case. To facilitate those efforts, and those of Defendant's ongoing discussions with multiple insurance companies, another status conference will be held telephonically on **Thursday**, **June 28, 2018, at 11:00 a.m. (CDT)** for counsel to update the Court on the status of the parties' efforts at settlement and any other matters needing the Court's attention. Plaintiff's counsel shall circulate dial-instructions for the call.

    Counsel were advised that, absent an intervening settlement, counsel should be prepared for the next status conference to discuss any progression of this case to trial, including any needed additional case management.

    It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge